IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALFRED T. THOMAS,   No. C 09-02764 WHA

    Plaintiff,

  v.   **ORDER OF DISMISSAL**

AIDA CORREA,

    Defendant.

                                                   /

    Plaintiff, acting *pro se*, has filed two documents in this district, a "petition & motion of respondent No. 2 for removal to U.S. District Court," and a "Petition for Writ of Habeas Corpus."  The Clerk docketed both filings under this case number and identified the latter document as a civil-rights complaint rather than a habeas petition, since it appears to assert civil-rights violations rather than challenge any confinement.  Although the documents are difficult to comprehend, both appear to challenge an order issued by the North Carolina Superior Court in a dispute regarding custody of a minor child.

    Plaintiff had previously opened a similar case in this district, and that prior case was assigned to Magistrate Judge Chen.  *See* C. 09-1487 (EMC).  The document herein titled "petition & motion . . . for removal" names the same defendant and is virtually (if not precisely) identical to Case No. 09-1487.  The filing herein titled a habeas petition (which was docketed as a civil-rights compliant) also names the same defendant and concerns the same dispute as Case No. 09-1487.

    Judge Chen dismissed the notice of removal in Case No. 09-1487 without prejudice.  The order of dismissal explained that, if the filing was a notice of removal from state court, it was improper because plaintiff has no right of removal and that, in all respects, subject-matter

jurisdiction was likely lacking because plaintiff sought relief from an order of a North Carolina state court. Plaintiff evidently submitted the instant filings instead of an amended complaint, and the filings were docketed as a new case and assigned to the undersigned. The filings, however, appear to be plaintiff's attempt at amendment in C. 09-1487, although they were not labeled as such. The filings herein should have been docketed in C. 09-1487 and not as a new case. The Clerk should re-file Dkt. Nos. 1–2 herein in Case No. 09-1487 (EMC) and close the instant case.

**IT IS SO ORDERED.**

Dated: July 7, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE