IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED T. THOMAS, | No. C 09-02764 WHA |
| Plaintiff, | |
| v. | **ORDER RE PLAINTIFF'S MOTIONS FOR LEAVE FOR ECF AND EMERGENCY RELIEF** |
| AIDA CORREA, | |
| Defendant. | |

Plaintiff, acting *pro se*, has filed two documents under the above-captioned case number, a "motion for leave for ECF" and a "motion for emergency relief — temporary custody." As explained in a July 2009 order, plaintiff previously opened a similar action in this district which was assigned to Magistrate Judge Chen. *See* C. 09-1487 (EMC). The above-captioned case number was opened in June 2009 when plaintiff's attempt at amendment in the action before Judge Chen were inadvertently docketed as a new action. The above-captioned case number has been closed and dismissed. The Clerk should re-file Dkt. Nos. 4, 5 and 6 herein in Case No. 09-1487 (EMC).

**IT IS SO ORDERED.**

Dated: October 28, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE